## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD R. MERKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-11-67-M |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On February 17, 2012, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by March 8, 2012. No objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1)  ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on February 17, 2012, and

(2)  AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 20th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE